No. 69309.—Baron Tube Co. and Wheeler & Miller *v.* United States, protest 299214–K (San Francisco).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of seamless steel oil-well rejected casing, not advanced beyond hammering, rolling, or casting, similar in all material respects to that the subject of *United Supply & Mfg. Co., The Crispin Company* v. *United States* (37 Cust. Ct. 95, C.D. 1804), the claim of the plaintiffs was sustained.